UNITED STATES of America,
Plaintiff–Appellee

v.

Juan Louis PATINO, Defendant–Appellant.

No. 08–51278
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Miguel Angel Torres, Esq., Attorney, El Paso, TX, for Defendant–Appellant.

Juan Louis Patino, Big Spring, TX, pro se.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Louis Patino has moved for leave to

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Patino has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be